UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-80227-CIV-COHN/SELTZER

FORD MOTOR CREDIT COMPANY, LLC,

    Plaintiff,

vs.

RIZZO'S PALM BEACH LINCOLN MERCURY, LLC, et al.

    Defendants.
_____/

## ORDER STRIKING UNSOLICITED LETTER

**THIS CAUSE** is before the Court on the letter filed on May 21, 2014, by Joshua Teverow, Esquire, Ltd. on behalf of Defendants.  See DE 67.  In the letter, Mr. Teverow essentially asks the Court to bless the parties' "agreed-upon settlement process" and give them more time to resolve this case outside of this litigation instead of continuing to move this case forward.  Id.  Mr. Teverow, however, is not authorized to practice law in this District and, despite ample opportunity, Defendants have not appeared in this action.  Furthermore, Local Rule 7.7 of the Southern District of Florida provides that "[u]nless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not . . . address or present to the Court in the form of a letter or the like any application requesting relief in any form."  Accordingly, because the Court did not invite or direct Mr. Teverow or Defendants to file any "letter" with the Court, it is hereby

**ORDERED AND ADJUDGED** that the letter filed on May 21, 2014, by Joshua Teverow, Esquire, Ltd. on behalf of Defendants [DE 67] is **STRICKEN** from the record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 21st day of May, 2014.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.